IN THE UTAH COURT OF APPEALS

----ooOoo----

| | | |
|---|---|---|
| James H. Larsen, | ) | PER CURIAM DECISION |
| | ) | |
| Plaintiff and Appellant, | ) | Case No. 20110770-CA |
| | ) | |
| v. | ) | F I L E D |
| | ) | (January 6, 2012) |
| Randall Wright, | ) | |
| | ) | 2012 UT App 9 |
| Defendant and Appellee. | ) | |

-----

Third District, West Jordan Department, 110401936
The Honorable Andrew H. Stone

Attorneys:     James H. Larsen, Provo, Appellant Pro Se
               Peter C. Schofield, Orem, for Appellee

-----

Before Judges McHugh, Thorne, and Christiansen.

¶1     James H. Larsen appeals the trial court's order dismissing his complaint.  This is before the court on its own motion for summary disposition based on the lack of a substantial question for review.  Larsen failed to respond to the motion.  As a result of his failure to respond and the lack of a viable legal issue identified in his docketing statement, he has failed to identify a substantial question for review warranting further consideration by this court.  *See* Utah R. App. P. 10.  Absent a substantial issue for review, this court may summarily affirm a district court's order.

¶2    Affirmed.


_____

Carolyn B. McHugh,
Presiding Judge


_____

William A. Thorne Jr., Judge


_____

Michele M. Christiansen, Judge